```
DENNIS S. WAKS, #142581
Acting Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
NASSER AHMED
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:04-cr-05270 OWW |
| Plaintiff, | ORDER RE: DEFENDANT AHMED'S MOTION TO DISCLOSE IDENTITY OF INFORMANT |
| v. | |
| FRANK OZUNA and NASSER AHMED, | |
| Defendants. | Judge: Hon. Oliver W. Wanger |

**PROPOSED ORDER**

The Court, having heard argument of the parties on defendant Nasser Ahmed's Motion to Disclose Identity of Informant, enters the following order:

**IT IS ORDERED** that the government will provide the plea agreement of Mohammed Ahmed in case no. 1:04-cr-05269 OWW to defense counsel. Defense counsel will not provide the plea agreement to any third party without permission of the Court. **Nor disclose its contents to anyone except his investigator (oww).**

Further, the confidential informant is a marginal party. His name has been disclosed and the issue of disclosure is moot. The government will provide defense counsel with any discovery regarding the last known whereabouts of the confidential informant. Further, the government has agreed to provide any *Giglio* material in its possession regarding the informant.

**IT IS ORDERED** that the government has a continuing obligation to provide any material discoverable pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963), to defense counsel. Pursuant to that

1  obligation, the government will provide any material discoverable regarding Nasser Ahmed pursuant to
2  *Brady*.
3      **IT IS ORDERED** that the government will provide discovery regarding any remuneration
4  provided to Mohammed Ahmed in case no. 1:04-cr-05269 OWW to defense counsel.  The government
5  will further provide information regarding any remuneration to Mohammed Ahmed from any other cases.
6      Dated: January __31__, 2006

/s/ OLIVER W. WANGER

OLIVER W. WANGER, Judge
United States District Court
Eastern District of California

[Proposed] Order Re: Defendant Ahmed's
Motion to Disclose Identity of Informant

2